139 A.3d 1256

Tracey Ann STERLING, Respondent

v.

Kai Ward LYMAN, Petitioner.

Tracey Ann Sterling, Respondent

v.

Kai Ward Lyman, Petitioner.

Supreme Court of Pennsylvania.

June 15, 2016.

662

## ORDER

PER CURIAM.

AND NOW, this 15th day of June, 2016, the Petition for Allowance of Appeal and "Petition Vacate, Remand, and/or Stay Family Court Orders Based on Its Recent Orders" are DENIED.